Updated – 5-9-13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Paul R. Moser and** | : | **Bankruptcy No. 13-11248-TPA** |
| **Jamie A. Moser,** | : | **Chapter 13** |
| Debtors | : | |
| | : | |
| **Paul R. Moser and** | : | **Related to Document No. 22** |
| **Jamie A. Moser,** | : | |
| Movants | : | |
| | : | |
| v. | : | |
| | : | |
| **Selene Finance,** | : | |
| Respondent | : | |

## INTERIM TRIAL MORTGAGE MODIFICATION ORDER

On March 26, 2014 the above named Debtors and Respondent, **Selene Finance**, ("Creditor") entered into a Trial Modification ("Trial Modification"), through the Court's Loss Mitigation Program, with respect to the FIRST mortgage on the Debtors' residence. The terms of the Trial Modification call for Trial Payments to begin on **April 1, 2014**. In light of the need for an immediate change in the distribution to the Creditor, the Debtors request the Court to enter this *Interim Trial Mortgage Modification Order* until a final, permanent modification can be presented to the Court for approval. Therefore,

*AND NOW,* this _____ day of _____, *2014*, for the foregoing reasons it is hereby ***ORDERED***, ***ADJUDGED and DECREED*** that:

(1)    The Chapter 13 Trustee is authorized to modify the distribution to the above named Creditor for the Trial Modification Period. Each Trial Payment shall be made in the amount of **$2,108.42 to Selene Finance, LP at P.O. Box 71243, Philadelphia, PA 19176-**

1

**6243 for the following months: April 1, 2014, May 1, 2014, June 1, 2014, July 1, 2014, August 1, 2014 and September 1, 2014**. Following the Trial Modification Period, the Chapter 13 Trustee shall continue to make distributions in the same amount as the Trial Payments until further Order of Court.

(2)    Within three (3) days of entry of this *Interim Modification Order*, Debtors shall serve this *Order* electronically on the Chapter 13 Trustee at the following email address: **LMP@chapter13trusteewdpa.com** and Debtors shall not be entitled to rely on CM/ECF or United States Mail for service of this *Order* on the Chapter 13 Trustee. The Debtor(s) Certificate of Service shall reflect service upon the above identified email address.

(3)    The Loss Mitigation Process Period is ***EXTENDED*** until further Order of Court and either Party may seek a further hearing regarding amendment or termination of this *Order* at any time during the Trial Modification Period by filing an appropriate Motion.

(4)    In the event that a Permanent Modification is reached between the Parties, within 21 days after said Permanent Modification is offered by the Creditor, the Debtor shall file a Motion to Approve Modification in compliance with *W.PA.ILBR* 9020-6.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case administrator to serve:
    Debtors
    Daniel P. Foster, Esquire, Counsel for Debtors
    Counsel for Creditor
    Ronda J. Winnecour, Esq. Ch 13 Trustee